NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1427

SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, and
DEBIOPHARM S.A.,

Plaintiffs-Appellants,

v.

SANDOZ, INC.,

Defendant-Appellee,

and

TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., and
PHARMACHEMIE BV,

Defendants-Appellees,

and

MAYNE PHARMA LIMITED, MAYNE PHARMA (USA) INC., HOSPIRA AUSTRALIA
PTY LTD., and HOSPIRA, INC.,

Defendants-Appellees,

and

BARR LABORATORIES, INC. and PLIVA-LACHEMA A.S.,

Defendants-Appellees,

and

W.C. HERAEUS GMBH,

Defendant-Appellee,

and

APP PHARMACEUTICALS, INC. and ABRAXIS BIOSCIENCE, INC.,

Defendants-Appellees,

and

ACTAVIS TOTOWA LLC, ACTAVIS, INC., and ACTAVIS GROUP HF,

Defendants-Appellees,

and

FRESENIUS KABI ONCOLOGY PLC (formerly known as Dabur Oncology plc) and FRESENIUS KABI PHARMA LIMITED (formerly known as Dabur Pharma Limited),

Defendants-Appellees,

and

SUN PHARMACEUTICAL INDUSTRIES LTD. and CARACO PHARMACEUTICAL LABORATORIES, LTD.,

Defendants-Appellees,

and

EBEWE PHARMA GES.M.B.H. NFG KG,

Defendants-Appellees,

and

MUSTAFA NEVZAT ILAC SANAYII A.S. (also known as MN Pharmaceuticals), PAR PHARMACEUTICAL COMPANIES, INC., and PAR PHARMACEUTICAL, INC.,

Defendants-Appellees.

On appeal from the United States District Court for the District of New Jersey in case no. 3:07-cv-2762, Judge Joel A. Pisano.

ON MOTION

Before MAYER, CLEVENGER, and RADER, Circuit Judges.

O R D E R

Sanofi-Aventis U.S. LLC et al. (Sanofi) move for a stay, pending appeal, of the judgment of the United States District Court for the District of New Jersey entered on June 30, 2009. Teva Parenteral Medicines, Inc. et al. (Teva), Mayne Pharma Limited et al., Barr Laboratories, Inc. et al. (Barr), and W.C. Heraeus GmbH oppose. Sandoz, Inc. and Mustafa Nevzat Sanayii A.S. et al. do not oppose. Sun Pharmaceutical Industries Ltd. et al. take no position. Teva and Barr move for leave to file a reply to Sandoz's response with reply attached. Sanofi moves for leave to reply with reply attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for a stay, pending appeal, of the judgment is granted.

(2)    Teva and Barr's motion for leave to file a reply is granted.

(3)    Sanofi's motion for leave to reply is granted.

(4)    The briefing schedule is expedited. Sanofi's opening brief is due no later than July 31, 2009. The appellees' briefs are due no later than September 1, 2009. Sanofi's reply brief and the joint appendix are due no later than September 11, 2009. The case will be placed on the next available argument calendar, if practicable.

MAYER, Circuit Judge, would deny the stay, pending appeal.

FOR THE COURT

**JUL 1 0 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Robert B. Wilson, Esq.
       Dominick A. Conde, Esq.
       James H. Hurst, Esq.
       David M. Hashmall, Esq.

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 1 0 2009

JAN HORBALY
CLERK

2009-1427                          - 3 -

Dutch Chung, Esq.
Patricia J. Thompson, Esq.
Charles D. Ossola, Esq.
Keith D. Parr, Esq.
Gail J. Standish, Esq.
Scott b. Feder, Esq.
Steven Lieberman, Esq.
Steven A. Maddox, Esq.
Andrew M. Berdon, Esq.
Daniel G. Brown, Esq.
Steven H. Sklar, Esq.

s19